Doe, on the Demise of Reese, *v.* Campbell.—In error.

EJECTMENT. The plaintiff's lessor claimed the premises as a devisee. The will, so far as concerns this case, was as follows: "I give and bequeath to my wife *Catharine* all my estate to be and remain hers as long as she remains my widow." . . . . . . "My desire is for my son *Morgan* (the plaintiff's lessor) to have the land situate in *Wayne* county (the property in dispute) when he comes of age, if it remains in my wife's hands till that time." The widow sold the land in dispute to the defendant. At the

*May Term, 1841.*

Doe
*v.*
Campbell.

*Thursday, May 27.*

May Term,
1841.

time of, such sale the plaintiff's lessor was a minor, but he was of age when this suit was commenced. The widow continued unmarried.

*Held*, that supposing the last-named clause in the will operated as the devise of a legal interest to the plaintiff's lessor, (a point not decided,) it did not assist his claim, he not having arrived at full age while the widow·held the land; and that· by the widow's conveyance, an interest in the land passed to the defendant which must defeat the claim of the plaintiff's lessor, at least while the widow lives unmarried.